UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIUS DOMOKOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 20-cv-00336-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS**<br><br>Re: Dkt. No. 7 |

　　　　On January 22, 2020, Defendant Scottsdale Insurance Company filed a motion to dismiss the complaint of Plaintiffs Marius Domokos and Lex Kosowsky pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 7. On February 11, 2020, Plaintiffs filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 14. As a result, the Court terminates the motion to dismiss the initial complaint as moot.

**SO ORDERED.**

Dated: February 13, 2020

SUSAN VAN KEULEN
United States Magistrate Judge